# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LAKENDA TOMBLIN**, individually, and on behalf of all those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**GEICO CHOICE INSURANCE COMPANY**,<br><br>Defendant. | Case No. |

### DECLARATION OF DAVID ANTONACCI REGARDING GEICO CHOICE INSURANCE COMPANY'S <u>NOTICE OF REMOVAL</u>

I, David Antonacci, hereby declare under penalty of perjury as follows:

1. I make this Declaration regarding GEICO Choice Insurance Company's ("GEICO" or "GEICO Choice") Notice of Removal.

2. I make this Declaration based on my personal knowledge and/or review of documents maintained by GEICO in the regular course of business. If called as a witness, I could testify competently to the following.

3. I am a Technical Supervisor for GEICO and have been employed by GEICO in this capacity for approximately 22 years.

4. I have personal knowledge of the facts stated herein based on GEICO's corporate records maintained in the ordinary course of business and based on my experience during my tenure at GEICO.

1

5. The date of loss for GEICO Choice's first total loss claim from an Ohio policyholder was October 2, 2014.

6. Based on my preliminary and high-level search of GEICO's records, GEICO Choice handled 13,385 total loss claims from Ohio policyholders from October 2, 2014 through September 1, 2021.

7. From January 1, 2020 through September 1, 2021, GEICO Choice handled 5,240 total loss claims from Ohio policyholders. In other words, on average, GEICO Choice handled 8.5902 total loss claims each day during 2020 and the first 244 days of 2021 (5,240 total loss claims ÷ 610 days). Extrapolating from this data, GEICO Choice will likely continue to handle total loss claims from Ohio policyholders at this same rate throughout the putative class period.

8. Assuming this rate continues through December 1, 2023, GEICO Choice can be expected to handle an additional 7,052 total loss claims from Ohio policyholders from September 2, 2021 through December 1, 2023 (821 days x 8.5902 total loss claims per day).

9. In total, GEICO Choice can reasonably be expected to handle 20,437 total loss claims from Ohio policyholders from October 2, 2014 through December 1, 2023 (13,385 total loss claims from October 2, 2014 through September 1, 2021 + 7,052 estimated total loss claims from September 2, 2021 through December 1, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 7th day of September 2021 in MONTGOMERY COUNTY MD.

*[signature]*

David Antonacci

2